**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria Division**

In re:

**Medical Management of Virginia, LLC,**  Case No. 18-10783-BFK

**Debtor.**  Chapter 7

### Order Denying Appointment of Patient Care Ombudsman

This matter came before the Court, for hearing, on May 22, 2018, on the motion of the United States Trustee for a determination that a patient care ombudsman should not be appointed.

Stephen Douglas Juge, Esq., appeared for Andrea Kyriazi. The attorney for the United StatesTrustee appeared.

Now, for the reasons stated from the bench for the record, it is hereby:

Ordered that a patient care ombudsman shall not be appointed in this case at this time.

Ordered that a copy of this order be served by the Clerk on the parties listed below.

Date: May 29 2018

/s/ Brian F. Kenney
Brian F. Kenney
Bankruptcy Judge

Entered on Docket May 29, 2018

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/ Jack Frankel
Jack Frankel, Attorney
State Bar No. 15091
Office of United States Trustee
115 S Union Street

Office of United States Trustee
John P. Fitzgerald, III
Acting United States Trustee
For Region 4
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

Alexandria, VA 22314
(703) 557-7229
Email: jack.i.frankel@usdoj.gov

Seen:

/s/ Stephen Judge (e-mail copy only)
Stephen Douglas Juge, Esq.
Attorney for Andrea Kyriazi
2314 Riverview Terrace
Alexandria, VA 22303
(202) 377-9300
Email: sdjuge.folkstone@gmail.com

cc:

H. Jason Gold, Trustee
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001

## Certificate of Service

I hereby certify that on the 24th day of May, 2018, I e-mailed a copy of this order to Stephen Douglas Juge, Esq. Email: sdjuge.folkstone@gmail.com; Neil Spencer Welles, Esq., Email: neil@thelillylawgroup.com; H. Jason Gold, Trustee, Email: Jason.gold@nelsonmullins.com.

/s/ Jack Frankel